NO CV71

1 Name: Philip R. Chatman, Jr.
2 Address: 13959 Victory Blvd #12
3 Valley Glen, CA 91401
4 Phone: (310) 910-6647
5 Fax: N/A
6 In Pro Per
7

RELATED DOJ

FILED
CLERK, U.S. DISTRICT COURT

JUN -5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY FFF          DEPUTY

8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**

10 Philip Roberts Chatman, Jr,
11 et al.

12                                    Plaintiff
13 Supreme C Court
   Justice John Roberts v.
14 Speaker of House Roberts, et al &
   Kevin McCarthy Rep., et al.
15
16                                    Defendant(s).

CASE NUMBER:

LACV23- 04503 -CJC(GJS)

To be supplied by the Clerk of
The United States District Court

17 HEREIS, THE PLAINTIFF (PHILIP ROBERTS CHATMAN,JR),
18 AS PRO PER, DO DECLARE THAT HE IS NOT ABLE TO
19
20 PROCEED EQUITABLY AS HIS OWN ATTORNEY AND
21 ADMINISTRATIVE LEGAL PROCESSOR
22
23 (e.g. EXTREME AND ADVANCED AND CLERK
24 GLAUCOMA; YET AS
25
26 A RESULT THE UNPRESIDENTED GRAMMATICAL TYPE
27 OF WRITING AND OBVIOUS EDITING TO DATE.
28 "PLEASE UNDERSTAND THAT MY VISION IS
   FALLING RAPIDLY."

CV-126 (09/09)          PLEADING PAGE FOR A COMPLAINT

THE PLAINTIFF, WOULD "SINCERLY LIKE TO KNOW"
WHY THE CONSTANT "REDUNDANCY OF THE SAME
REPETITIVE QUESTIONS?"

Attachment: A-1

IN

## THE UNITED STATES DISTRICT COURT

### Central District of California

Philip R. Chatman , Jr.  )

Van Nuys, CA 91401.  )

PLAINTIFF, et Al,  )

Ex-Navy Veteran.  )

Vs.  )

John Roberts,  )

Chief Justice ;  ). Case no. (.                     )

Clarence Thomas,  )

Associate Justice;  )

Samuel A. Alito,  )

Associate Justice;  )

Neil M. Gorsuch,  )

Associate Justice;  )

Brett  M. Kavanaugh,  )

Associate Justice;  )

Amy Coney Barrett  )

Associate Justice;  )

And

Kevin McCarthy,  )

Republican Speaker.  )

Of The House of Rep.  )

Marjorie T. Green.  )

Congresswoman;  )

Jim Jordan,  )

Congressman.  )

Joshua Hawley and  )

Matt Gatez,  Et al.  )

Defendants.  )

Dep't of Veterans Affairs  )

Administrator. Et al.  )

Dep't of Justice: Federal  )

Bureau of Prisons,  Et al.  )

Defendants  )

Comes now the Plaintiffs: Philip R. Chatman, Jr., et al, (d.g. For the People of the United States of America), as a collective" of citizens ", we herein, do seek Civil Redress and Mens rea. *It should be noted that, all "citizens of the United States of America, has a civil right to bring a petition of a (redress) for violations of wrongs and capricious abuse of both Federal, as well as U.S. Constitutional Laws (Amendments) and equitable precedence (e.g. starae decisis); yet that which has not been tainted by flagrant partisan political manipulation and corruption.*

*This 'Civil Rights Complaint', has been brought against the defendants, for pervasive and continual abuse of: 1st, 4th, 7th, 8th, 9th, 13th and 14th Amendments of the United States Constitution... The exact nature and scope of these violations will be established. In this civil petition submitted before this honorable court, are as follows:*
*1.The 1st Amendment: The continual violations of the Constitutional Rights to free speech. The controversy over the "multiple Legislative Laws, that has been used to openly restrict the rights of its citizens to express themselves via the /local and national/ voting systems of predominantly black communities and Republican communities in mostly {red states: mostly southern and predominantly Republican strongholds}. With most of those irrational restrictive voting laws being unhelpful and often supported by the U.S. Supreme Court, by Republican appointees within the Supreme Court of the United States of America. While the justices in the Supreme Court have been outright biased against "stare decisis" and equitable decisions.*
*2.In the matter of the 4th Amendment of the United States Constitution: While American citizens have a right to vote and to have their votes counted legally of  txthe "Red States: Republican Legislatures  are doing all they can to stop the voters of the Red States (Republican majority legislative forums), who simply chose to stop the votes of many from being counted legally (e.g.confiscated cured and legally processed ballots, confiscated voting machines; illegal seizure of voting*

*machines and other electronic devices.) This 4th Amendment Rights, violation is in reference to Republicans who have hired illegally hired observers to confiscate information of minority groups ; yet while intimidation hateful acts are inflicted upon voters that did not federally belong to them, (e.g. the very radical Republican Party voters) but to the citizens who legally voted, "as Democrats and Independents, alike.*

*3. Additionally, the 7th Amendment to the United States Constitution guarantees that the government can not "defraud the public interest by withholding and eliminating funding that has already been provided by the legislature for public funding for (e.g. Voting: services, representation and reasonable voting access and unbiased services to both the poor population as as well as to those who are wealthy"... The illegal actions of voter redistricting and gerrymandering, has innately embezzled funds (allocated) for public voting systems and open and fair accessibility without hindering the voters from legally voting "within their respective neighborhoods". Incident ly the funding illegally taken from us /the public/ exceeds beyond $20.00 (twenty dollars), while perhaps exceeding millions of dollars in public funds, already allocated for public services. Places to vote at and that were allocated to pay employees that worked for meager salaries. This very factual matter is a violation of the law: 7th Amendment of the United States Constitution!*

*4. As a citizen of the United States I have been told to "accept the cruelty and suffering that has and is currently being inflicted upon the citizens of the United States by the people who believe in{White Nationalism, White Supremacy and Authoritarian Regimes having the helms of the United States government and their own judicial institutions, especially those that are appointed in the United States Supreme Court, that are not actually "Conservative Party Justices, but incognito judges of the Confederacy Southern Clan.*

*It has been factually proven that the "Defendants: Supreme Court Justices, named in this civil rights lawsuit are beholden to the very wimpy billionaire: Harlen Crow, and other filthy rich donors and super business conglomerates, who have not only businesses with*

3

*many of the so-called Conservative majority of the U.S. Supreme Court Judges; as well as the /dark money donors of the Federalists Society/ with Leonard Leo, being the channeler of the mass majority of the dark funding assets.*

*These same so-called justices are openly violating federal laws and the civil liberties of the American people who have been subjected to very cruel and archaic laws and policies of zealous 16th Century laws and outdated practices irrespective of current modern civilization and diversity of cultures and religions. They the "Defendants herein, have been promoters of criminal acts and crusaders of cruelty "; which are violations of the 8th Amendment of the United States "It innately needs to be noted, that we the {People of the United States of America}. Can clearly and unequivocally agree that the following laws and biased actions of the Radical Right Republican appointed Supreme Court Justices, are extremely indoctrinated by White Supremacy ideologies and Jim Crowe law's zealousness's; which they have enchanched themselves into carrying out to the upmost extent ". Perhaps, they should be considered like the "architects of undemocratic tormenting satanic vestiges of evil.  They, the Justices have been thoroughly discredited and for hire by very corrupted individuals who are billionaires purchased Supreme Court decisions and servitude alike. They have no ethics and openly refuse to accept/or/ correctly follow and sound judicial Rules of Ethical Conduct  [Very specifically the "hypocrisy, blatantly harsh disregard for the Constitution and the rule of law coupled with complexity in supporting ancient civilization laws, that have no standing in todays modern society... Very clearly there are multiple violations of 8th Amendment rights capricious conduct and by those "so called Supreme Court justices: John Roberts, Clarence Thomas, Samuel Alito, Neil Gorsuch,  Bret Kavanaugh, and Associate Justice Amy c. Barrett; as well as the Republican Party Representatives of the House of Representatives: Kevin McCarthy, Marjorie Taylor Green, Jim Jordan and many others., all who are stealing thousands of dollars from the citizens of the United States of America, simply by refusing to do the actual government work that they are being paid to do, yet are not doing*

4

*at all. These Supreme Court judges are completely corrupt and are "scriptural clones of early biblical era {Matthew 23rd chapter KJV Bible and Romans 1:18-32}, conclusively ".*

*5. Furthermore, the 9th Amendment is directly against the flagrant abuse of "the Disparagement of the same Constitutional Rights, that are {enjoyed} other U.S. American citizens alike "; yet all of the defendants, as they are named herein, are staunched violators of fervent and capricious political and human rights violations. The very confirmations of the Constitutional Rights of the citizens of the United States of America, has been and are continuing to be ignored, violated and politically undermined and {Disproportionately disparaged} by the defendants, towards cultures of U.S. Citizens, who don't identify as"White Anglo Saxon, White Nationalist. /nor/ as M.A.G.A. Voters (e.g. as individuals or via Red States)... Thus, violating the 9th Amendment of the United States Constitution!*

*It is no secret, that the current U.S. Supreme Court, and several of the lower federal courts are zealously aligned with the "corruptive Right-Wing Republicans", the very same public servants, who also supported: January 06th, 2021, Insurrectionists actions and who see those criminals as {great Americans} and as American patriots "... While the U.S. Supreme Court, has become an "illegitimate authority and Confederate-KU KLUX KLAN-card carrying incognito members "...*

*6. The denial of "Equitable Access to Voting, fair living wages, educational and Constitutional Liberties, of its citizens of color and various cultures who does not identify as White Americans /nor/ as M.A.G.A.Republicans (White Nationalist) Yet to hold and exsasterbate the rights {Constitutional Rights} of citizens of the United States of America while openly treating those same people, like SLAVES, and as recipients of Servitude and non-citizens z{plantation slaved share croppers}. " As such tactics and practices are historical ploys and mandates of European regimes and monarchies of historical oppressions, that were economically forced upon an oppressed people"... The United States government and its foreign conquests over and against the indigenous peoples of North*

5

*America and the enslaved peoples of other (e.g. non-white cultures), all of which were and in similar ways still are in subjection illegal mitigation and servitude... Which as been blatantly and adopted by the defendants herein. Additionally, the so-called Justices of the United States Supreme Court and many of its lower Appellate Courts, and District are practicing political bias and helping to promote violations of the 13th Amendment rights against discrimination and servitude...*

*7. Finally, the overall performance of the defendants, while in their own respective positions of power/authorities, have not been in accordance to established Federal laws, standards nor in any respect for the "Oaths of those particular office for public services ". The 14th Amendment of the United States Constitution, sets into constant effect and motion the necessity of both urgency to ensure and protect the rights of all citizens of the United States citizens.*

*Therefore this Civil Rights complaint. Is federally recognized by all the violators and violations declared herein. It should be further clarified that as a citizen of the United States of America, and as a disabled veteran of the United States Armed Forces, I am aware that /jurisdiction and venue/ in this matter is appropriate for "Men's rea", jurisdictional venue and justification alike. Thus as such pertains to the violations of: 1st, 4th, 6th, 7th, 8th, 9th, 13th and 14th Amendments of the Constitution of the United States of America.*

*~  REQUEST: To Proceed In Forma Pauperis*

*Hereby, the Plaintiffs, do herein submits their arguments and their claims against the the defendants. The Plaintiff (Philip Roberts Chatman, Jr., as a {pauper and disabled veteran, is currently without the /financial support or means/ to afford the cost and innate legal proceedings, which are now before the courts and do herein seek and set forth financial grounds for relief. Herein is attached and drafted into this civil complaint and under penalty of perjury, the following financial facts: 1) The plaintiff's monthly income is as follows {$1211.00/monthly= SSDI $997.00 and SSI*

6

*$224.00}. 2) Disabled Veteran, and receiving $0.00/monthly in monetary VA Benefits, yet to date, even though the legalities of the disabilities suffered has been largely litigated by the plaintiff, before the federal courts and before the Veterans Administration, on various occasions previously. While being both denied and /or/ ignored by federal courts and the Veterans Administration. 3 But while putting forth extraordinary effort to acquire competent lawyers to help litigate the issue of my military service inflicted disability, has proven very unsuccessful and due to my military background and my duties, with Special Forces, both the military (Department of Veterans Affairs and the Department of Defense), has failed to seriously investigate my claims.*

*4) It should be clearly stated that I am living below the poverty line of what would be considered barely getting by!It should also be noted that I am living (existing) in the state of California, and to be considered as an individual just surviving, then my estimated income would have to have been: estimated at $3200.00/monthly. "Herein, please consider the attachment: Exhibit C-1, C-2 {an Exhibits of my current and only monthly income: from the Social Security Administration office}. Attached*

*~  Request for:  Relief and a Jury Trial (Judgment)*

*Appropriately, as it may seem necessary and judiciously related to current (federal rules for Civil Procedures), that any and all leverage of the existing rules and laws, that appertain to "Ethical Practices of Conduct"; yet as any and all Rules for Ethical Conduct/Procedures, be mandated towards all of the defendants, that are currently named herein. That all currently established "Ethical Procedures for Judicial Conduct z" be firmly established by the Federal Court, upon all of the Defendants named herein. Additionally that all the defendants who have received {financial assistance, support and salaries}, be mandated to repay (return in full) all proceeds/salaries, previously provided by the revenues of public taxed salaries and property taxations alike. That from : January 2021, to the current date of this Civil Complaint, be*

7

*returned into the federal coffers (Office of Budget Management and the United States Department of the Treasury). Additionally, that the judgment of the requested jury decisions be unsealed and immediately issued to the public via Freedom of Information Act.*

*Whereas this matter has been set forth before this honorable court.*

*In conclusion, it is important to note the Plaintiff , Philip Roberts Chatman  Jr. , do herein:*

*"Request an Appointment of Counsel ",*
*in this process. Again, the plaintiff (Philip Chatman), is legally blind and has diagnosed to have extremely progressive glaucoma, which will eventually result in total blindness. He, the plaintiff, can not legally be expected to continue this ligation without competent federal legal representation (counsel, who is licensed by federal law) to practice law before the court.*

*Additionally, the plaintiff must also obtain a : Compensatory Damages*

- *Department of Defense damages sought {$197,100,000.00}  due to 45-years of physical and psychological torment and denial of active duty services inflicted cruelty and pain.*
- *Department of Veterans Affairs damages sought {$197,100,000.00}, for damages inflicted upon the plaintiff's family members and upon his own personal existence, for the last 45-years.*
- *Department of Justice and the Federal Bureau of Prisons, for damages caused to the plaintiff and his family members due to /False Imprisonment and multiple false criminal charges, as well as defamation of my own personal and military service, with Special Forces/  and years of inflicted injuries and slavery, and forced servitude, in Federal Prison . Therefore, in conjunction with all the 8th Amendment and 13th Amendment Rights violations an amount of: {$9,855,000 000}, as a significant burden and deterrence, to literally destroy Jim Crowe era ideology and hateful cruelty practices against people of color*

8

and immigrants. Yet, while forcing "all judgments and views of the American Judiciary, to stop being complicit in supporting {modern day slavery and Jim Crowe Laws, which are baked into the majority of state and federal laws and judicial statutes".

- The Department of Treasury, for failures to monitor and sternly enforce oversight requirements of public allocations. Therefore, due to negligence a penalty of {$30,000,000,000.00} $30 Billion dollars, to be equally distributed to taxpayers and the poor, who were affected by the negligence of complacency of allocations of public funds.

- Other penalties that may be applicable to deflate continued government funds deficiencies. It matters not, if the deficiencies are Democratic or Republican. In its genesis! "Wrong is wrong"...

- Truthfully. It should matter no, that I am of African descent, a Disabled American citizen and Veteran, who has been of service to this country since adolescence and moreover, as an adult, with approximately 9-years of service in the military (honorable service), but mistreated because of the color of my skin.

This Complaint is respectfully submitted.

Respectfully: _____ dated:29 May 2023

Philip Roberts Chatman. Plaintiff,  Et al
13959 Victory Blvd. #12
Valley Glen, California 91401

MOTION FOR {Acceptance of Correspondence}

Comes now the Plaintiff: Philip Roberts Chatman, Jr., and do herein humbly establish the following:

- That the plaintiff (Mr. P.R. Chatman). Is legally blind and losing very rapidly daily "whatever little sight that still exist".
- A letter of confirmation is herein attached from legally

9

competent medical professionals.  Exhibit B-1, Perhaps the most important piece of information that needs to considered is this: "The plaintiff, is disabled (e.g. legally blind; while his Native/African, and unfortunately a splash of French-European culture), all of which are being used to hinder my access to the equity of the legal redress forum, that so-called White America enjoys unabridged ".

- The plaintiff can not financially afford to pay for an "attorney.nor for a personal assistant to help him in this matter.
- The search for competent counsel has been extremely elusive at best; yet unattainable due to the political cowardice of most attorneys alike.
-  Therefore it should be noted that plaintiffs's ability to see standard correspondence is vastly diminished and almost nonexistent.

Thus, the plaintiff is humbly requesting judicial relief and an appointment of federal court counsel (specifically for the legally blind). The plaintiff, prays that his request to openly accept these correspondence, coupled with his request for federal legal assistance and counsel.
Respectfully submitted:_____29 May 2023
Philip Roberts Chatman, Jr.
13959 Victory Blvd #12
Valley Glen, CA 91401
(310)910-6647

Plaintiffs's : Proof of Service via (U.S. Postal Service)

The plaintiff has very limited resources and is "legally blind ", and as has to rely upon other available legal means. However, this entire process is being handled as the best option for his disabilities.
Very Respectfully submitted:_____dated 03 June 2023.
Philip Roberts Chatman, Jr.
Plaintiff, Pro Per Litigant

### Motion (Showing: Verification and Proof of Service

Comes now the Plaintiff (Philip Roberts Chatman, Jr.), establishes herein, the exact addresses and locations of the: Defendants, as they are named herein this Civil Rights Complaint. The mere purpose of this verifiable claims of service is to thoroughly eliminate any and all doubts of "Proof of Service ".

The following are the complete list of {Certified mailings: to all Defendents listed below}:

- United States Supreme Court: 1st St. NE, Washington, DC 20545;
- U.S. House of Representatives: Rayburn  House Office Bldg, Independence Ave. SW Washington, DC20515
- Department of Veterans Affairs: 1722 1st. NW Washington. DC 20421, and
- U.S. Department of Justice (Office of: Federal Bureau of Prisons): 950 Pennsylvania Ave. NW Washington, DC 20530…

Theses listed {Defendants} are required by Federal Law, to be properly served, as per Federal Rules For Civil Procedure. Therefore, as the main plaintiff, I am forwarding to all the current defendants a Certified Copy of the same Civil Complaint, as filed to the United States District Court, in Los Angeles County, Central District Court. With each defendant receiving an "original copy" of the entirety of this Civil Complaint. The United States Postal Service, is the legal vehicle for this service of suit. An approximate total of: 24-pages are being placed in each complete package alike. This metro of service is the only safe and stable forum for legal services in this proceeding, yet due to current "Legal Blindness and plaintiff's continuing state of poverty. Even this service is a great physical, emotional and financial burden.

Wherefore, the plaintiff, do herein effect proper legal service.


Respectfully and humbly submitted, on this 1st day of : 01 June 2023

Philip Roberts Chatman, Jr., et al:

11

_____ Date mailed.

Pro Per Litigant
13959 Victory Blvd. unit#12
Valley Glen, CA 91401
Cell:(310)910-6647

I



29 May 2023

" Ex 42B IT B-11

**DEPARTMENT OF VETERANS AFFAIRS**
**GREATER LOS ANGELES HEALTHCARE SYSTEM**
**SEPULVEDA AMBULATOR CARE CENTER**
**16111 PLUMMER ST. BLDG. 200, 3RD FLOOR**
**NORTH HILLS, CA 91343**

## Letter of Legal Blindness

Date: May 18, 2023

RE:  CHATMAN, PHILIP ROBERTS JR
DOB: September 19, 1957

To Whom It May Concern:

CHATMAN, PHILIP ROBERTS JR was last examined here at the Sepulveda VA eye clinic on 09/20/2022.

This individual has been determined to be legally blind with best corrected visual acuity worse than 20/200 or visual field less than 20 degrees in the better seeing eye, or visual efficiency less than twenty percent.

This individual is therefore entitled to all privileges of the legally blind and disabled.

Sincerely,

Brenda Yeh, OD FAAO
Assistant Chief of Optometry
Sepulveda VA Eye Clinic
16111 Plummer Street, Bldg. 200
North Hills, CA 91343
818-891 7711 ext 32358

C-V: 3527 C-1         ATTACHMENT: EXHIBIT C-1-2



## Social Security Administration
## Benefit Verification Letter

Date: May 30, 2023
BNC#: 23GY429E76072
REF: A, BI

PHILIP ROBERTS CHATMAN JR
UNIT 12
13959 VICTORY BLVD
VALLY GLEN CA  91401-2261

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2022, the full monthly Social Security benefit before any deductions is $997.80.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $997.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on December 12, 2001.

**Information About Past Social Security Benefits**

From December 2021 to November 2022, the full monthly Social Security benefit before any deductions was $918.00.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $918.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

23GY429E76072

## Information About Supplemental Security Income Payments

Beginning May 2023, the current Supplemental Security Income payment is $234.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on December 17, 2001.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a blind individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning June 2004.

You are entitled to medical insurance under Medicare beginning June 2004.

Your Medicare number is 6WX1VJ6RU92. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is September 19, 1957.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-341-0785**.

        SOCIAL SECURITY
        STE 207
        14500 Roscoe Blvd
        Panorama City CA 91402

Exh-2 C-2
Exh-2 0373
ATTACHMENTS. EXHIBIT: C1,C2

23GY429E76072

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

*0202BEV463IGB0E* CCM.M72.BEV46.R230530



29 May 2023

" Ex 142B IT B -| ^

**DEPARTMENT OF VETERANS AFFAIRS**
**GREATER LOS ANGELES HEALTHCARE SYSTEM**
**SEPULVEDA AMBULATOR CARE CENTER**
**16111 PLUMMER ST. BLDG. 200, 3RD FLOOR**
**NORTH HILLS, CA 91343**

## Letter of Legal Blindness

Date: May 18, 2023

RE:  CHATMAN, PHILIP ROBERTS JR
DOB: September 19, 1957

To Whom It May Concern:

CHATMAN, PHILIP ROBERTS JR was last examined here at the Sepulveda VA eye clinic on 09/20/2022.

This individual has been determined to be legally blind with best corrected visual acuity worse than 20/200 or visual field less than 20 degrees in the better seeing eye, or visual efficiency less than twenty percent.

This individual is therefore entitled to all privileges of the legally blind and disabled.

Sincerely,

Brenda Yeh, OD FAAO
Assistant Chief of Optometry
Sepulveda VA Eye Clinic
16111 Plummer Street, Bldg. 200
North Hills, CA 91343
818-891 7711 ext 32358

*Exhibit C-1*        *ATTACHMENT: EXHIBIT C-1 C-2*



## Social Security Administration
## Benefit Verification Letter

Date: May 30, 2023
BNC#: 23GY429E76072
REF: A, BI

PHILIP ROBERTS CHATMAN JR
UNIT 12
13959 VICTORY BLVD
VALLY GLEN CA  91401-2261

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2022, the full monthly Social Security benefit before any deductions is $997.80.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $997.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on December 12, 2001.

**Information About Past Social Security Benefits**

From December 2021 to November 2022, the full monthly Social Security benefit before any deductions was $918.00.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $918.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

23GY429E76072                                              Page 2 of 3

## Information About Supplemental Security Income Payments

Beginning May 2023, the current Supplemental Security Income payment is $234.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on December 17, 2001.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a blind individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning June 2004.

You are entitled to medical insurance under Medicare beginning June 2004.

Your Medicare number is 6WX1VJ6RU92. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is September 19, 1957.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-341-0785**.

> SOCIAL SECURITY
> STE 207
> 14500 Roscoe Blvd
> Panorama City CA 91402

Exhibit C-2

ATTACHMENTS. EXHIBIT: C1, C2

23GY429E76072

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*



FROM:

PHILIP CHATMAN
13959 VICTORY BLVD
APT 12
VALLEY GLEN, CA 91401

9589 0710 5270 0603 6520 23

CERTIFIED MAIL

TO:

United States District Court
Central District of California
Attn: office of the Clerk of Court
256 East Temple street Sui
Los Angeles, CA 90012-4701

Utility Mailer
10 1/2" x 16"

Rea